**Roderick WHITE, Appellant,**

v.

**Jonathan SIMMONS, Dr., Arkansas Department of Correction; Larry Bowler, Dr., Arkansas Department of Correction; Charlotte Green, Infirmary Administrator, East Arkansas Regional Unit, ADC; Tommy James, Assistant Warden, Tucker Unit, ADC; David White, Warden Maximum Security Unit, ADC; Venita King, Classification Officer, Maximum Security Unit, ADC; Juanita Stell, Infirmary Manager, Maximum Security Unit, ADC; Nnamdi Ifediora, Arkansas Department of Correction, Appellees.**

**No. 09–3856.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2010.

Filed: July 16, 2010.

Roderick White, Brickeys, AR, pro se.

Michelle Banks Odum, Humphries & Lewis, White Hall, AR, Shawn J. Johnson, Attorney General's Office, Little Rock, AR, for Appellees.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arkansas inmate Roderick White appeals the district court's[1] adverse judgment in this 42 U.S.C. § 1983 action. Following careful de novo review, *see Murphy v. Mo. Dep't of Corr.*, 372 F.3d 979, 982 (8th Cir.2004), we agree with the district court that the undisputed evidence presented at a hearing and in support of the parties' summary judgment filings showed that no defendant knowingly compelled White to perform labor that was dangerous to his health or unduly painful, or was deliberately indifferent to his serious medical needs, *see Ambrose v. Young*, 474 F.3d 1070, 1075 (8th Cir.2007) (knowingly compelling inmate to perform labor that is beyond inmate's strength, dangerous to his life or health, or unduly painful, violates Eighth Amendment); *Pietrafeso v. Lawrence County, S.D.*, 452 F.3d 978, 983 (8th Cir.2006) (deliberate indifference may include intentionally denying or delaying access to medical care, or intentionally interfering with treatment or medication that has been prescribed; defendant's gross negligence and inmate's mere disagreement with treatment decisions do not support finding of deliberate indifference). The evidence also established that White did not administratively exhaust, or otherwise allege facts supporting, his retaliation claim.

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).